# UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF THE STATE OF OHIO

| | | |
|---|---|---|
| IN RE: | ) | Case No. 01-62686 |
| | ) | |
| Robert S Cantrell and Bonnie C Cantrell, | ) ) ) | (Chapter 13) |
| DEBTOR | | |

### APPLICATION FOR ORDER DIRECTING PAYMENT
### OF FUNDS TO CREDITOR/CLAIMANT PURSUANT TO
### 11 U.S.C. SECTION 347 AND 28 U.S.C. SECTIONS 2041 ET. SEQ.

GE Capital Commercial Inc. successor to Citicapital Commercial Corp. (the "Claimant") a claimant in the captioned case respectfully requests as follows:

1. Claimant was a creditor of the Debtor and was due to receive and the trustee did, in fact, make a distribution from the estate to the Claimant in the amount of approximately $1,475.11. The Claimant was not located and the funds of the Claimant were paid into the Court pursuant to 11 U.S.C. § 347.

2. Pursuant to 11 U.S.C. § 347 and chapter 129 of title 28, United States Code, the Claimant requests that the Court issue an order directing payment to the Claimant and that payment be made in care of the party set forth below.

WHEREFORE, Claimant requests that the Court issue an order directing payment of all funds held by the Court for the Claimant in this case and for such further and other relief as is just and appropriate.

GE Capital Commercial Inc. successor to Citicapital Commercial Corp.

By: /s/ Greg Griffith
Greg Griffith
American Property Locators, Inc.
Attorney-in-fact
3855 South Boulevard, Suite 200
Edmond, OK 73013
(405) 340-4900

# UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF OHIO

|  |  |
|---|---|
| **IN RE:** | ) Case No. 01-62686 |
| **Robert S Cantrell and Bonnie C Cantrell,** | )     (Chapter 13) |
| **DEBTOR(S)** | ) |

### NOTICE OF APPLICATION FOR ORDER DIRECTING PAYMENT OF FUNDS TO CREDITOR/CLAIMANT PURSUANT TO 11 U.S.C. § 347 AND 28 U.S.C. § 2041 ET. SEQ.

**TAKE NOTICE** that the undersigned has filed an Application for Order Directing Payment of Funds to Creditor/Claimant Pursuant to 11 U.S.C. § 347 and 28 U.S.C. § 2041 Et. Seq. with the Court. A copy of this application accompanies this Notice.

If you do not want the Court to grant the relief requested in this application, or if you want the Court to consider your views on this application, then within twenty (20) days after the date set forth below you or your attorney must file with the Court a response to the application at:

Clerk, United States Bankruptcy Court
SOUTHERN DISTRICT OF OHIO
170 N. High Street
Columbus, OH  43215

If you mail your response to the application to the Court for filing, you must mail it early enough so that the Court will receive it on or before the date stated above. You must also mail a copy of your response to the application to:

Greg Griffith
American Property Locators, Inc.
3855 South Boulevard, Suite 200
Edmond, OK  73013

PLEASE TAKE FURTHER NOTICE, pursuant to the Local Rules of this Court, failure of any person or entity receiving notice of the Application to file objections thereto on a timely basis shall be a bar to the assertion of an objection to the entry by the Court of the proposed Order, as same may be modified, and the within Motion shall be deemed uncontested.

PLEASE TAKE FURTHER NOTICE, that pursuant to the Local Rules of this Court, GE Capital Commercial Inc. successor to Citicapital Commercial Corp. hereby requests oral argument, if the within Motion is opposed.

      Respectfully submitted,

      GE Capital Commercial Inc. successor to Citicapital Commercial Corp.

      By: /s/ Greg Griffith
      Greg Griffith

      American Property Locators, Inc.
      Attorney-in-fact
      3855 South Boulevard, Suite 200
      Edmond, OK 73013
      (405) 340-4900

Dated: October 30, 2009

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that the Notice of Application for Order Directing Payment of Funds to Creditor/Claimant Pursuant to 11 U.S.C. § 347 and 28 U.S.C. § 2041Et. Seq. was served upon the parties listed below by depositing a copy of the same, enclosed in a first-class postpaid envelope, properly addressed to these parties, in a post office or official depository under the exclusive care and custody of the U.S. Postal Service on October 30, 2009.

By: /s/ Greg Griffith
Greg Griffith

SERVICE LIST
Robert S Cantrell and Bonnie C Cantrell, CASE NO. 01-62686

United States Attorney
Attn: Civil Process Clerk
303 Marconi Boulevard, 2nd Floor
Columbus, OH 43215

Office of the U.S. Trustee
170 North High Street, Ste 200
Columbus, OH 43215

Case Trustee
Frank M Pees
130 East Wilson Bridge Road
Suite 200
Worthington, OH 43085

Debtor's Counsel
John F Cannizzaro
302 South Main Street
Marysville, OH 43040-1556

Debtor
Robert S Cantrell and Bonnie C Cantrell
13549 Taylor Rd
Plain City, OH 43064

# Limited Power of Attorney
## For Recovery of Funds

I, **Francisco Gonzalez**, do hereby appoint **Greg Griffith of American Property Locators, Inc. (APL)**, exclusive agent, to seek and recover or cause to be recovered, the undistributed, unclaimed, uncashed or undelivered tenders of funds of **GE Capital Commercial Inc. successor to Citicapital Commercial Corp..** in the amount of **$1,475.11** held by any federal, provincial, state or other government entity, or any agency or subdivision thereof.

However, **American Property Locators, Inc.** may not incur any cost on my Behalf or to make an expenditure on my behalf unless such authority is given in a separate writing signed by me. Undistributed, unclaimed or undelivered tenders of funds shall be directed to the attention of General Electric Co. % Francisco Gonzalez unless directed otherwise.

This letter of authorization shall automatically expire six months from the date hereof; provided, however that such expiration shall be ineffective as to any claim relating to a recovery made by **American Property Locators, Inc.** prior to the time of such expiration.

Signed this 16 day of OCT, in the year 2009.
General Electric Company

_____ Finance Analyst, GE-CBSI, GBS
By:(Name, Title)

State of     Florida

County of    Lee

Acknowledged by me on this 16 day of October, 2009,

**Francisco Gonzalez, Finance Analyst, /GE-CBSI, GSO**     to me well known to be the individual describer here in the foregoing instrument and acknowledged the execution thereof to be his free action deed.

Before me: _Lori Lamaritata_
Notary Public
(Notary Seal) My Commission expires: 7/2/2012

LORI LAMARITATA
MY COMMISSION # DD 786653
EXPIRES: July 2, 2012
Bonded Thru Notary Public Underwriters



Mark J. Krakowiak
Vice President
Risk, Insurance & Industrial Financing

GE
3135 Easton Turnpike
W3F
Fairfield, CT 06828
USA

T +1 203 373 2088
F +1 203 373 3842
mark.krakowiak@ge.com

## STATEMENT OF AUTHORITY

The undersigned being duly sworn, states that Francisco Gonzalez, Finance and Auditing Analyst, is authorized to execute claim documents on behalf of General Electric Company and its subsidiaries, as required for any and all claim(s) submitted for Unclaimed Lost or Abandoned Property on the Company's behalf.

GENERAL ELECTRIC COMPANY

By: _____
Mark J. Krakowiak
Vice President – Risk, Insurance and Industrial Financing of General Electric Company
3135 Easton Turnpike-W3F
Fairfield, CT 06828
(203) 373-2088

Subscribed and sworn before me this 3 day of March, 2008

My commission expires _____

ANDREW A. LILEIKA
Notary Public, State of Connecticut
My Commission Expires Jan. 31, 2011



**Francisco Gonzalez**
Finance & Internal Audit Analyst

T +1 239 275 2432
M +1 239 682 0552
francisco.gonzalez5@ge.com

GE
4211 Metro Parkway
Fort Myers, Fl 33916
USA
GE Corporate



# PROFIT CORPORATION
# APPLICATION BY FOREIGN PROFIT CORPORATION TO FILE AMENDMENT TO APPLICATION FOR AUTHORIZATION TO TRANSACT BUSINESS IN FLORIDA
(Pursuant to s. 607.1504, F.S.)

## SECTION I
(1-3 MUST BE COMPLETED)

_____
(Document number of corporation (if known))

1. Citicorp Leasing, Inc.
_____
(Name of corporation as it appears on the records of the Department of State)

2. Delaware                              3. 08/25/1971
(Incorporated under laws of)             (Date authorized to do business in Florida)

## SECTION II
(4-7 COMPLETE ONLY THE APPLICABLE CHANGES)

4. If the amendment changes the name of the corporation, when was the change effected under the laws of its jurisdiction of incorporation? _____

5. GE Capital Commercial Inc.
(Name of corporation after the amendment, adding suffix "corporation," "company," or "incorporated," or appropriate abbreviation, if not contained in new name of the corporation)

_____
(If new name is unavailable in Florida, enter alternate corporate name adopted for the purpose of transacting business in Florida)

6. If the amendment changes the period of duration, indicate new period of duration.

_____
(New duration)

7. If the amendment changes the jurisdiction of incorporation, indicate new jurisdiction.

_____
(New jurisdiction)

8. Attached is a certificate or document of similar import, evidencing the amendment, authenticated not more than 90 days prior to delivery of the application to the Department of State, by the Secretary of State or other official having custody of corporate records in the jurisdiction under the laws of which it is incorporated.

_____
(Signature of a director, president or other officer - if in the hands of a receiver or other court appointed fiduciary, by that fiduciary)

Timothy Carfi                                      President
(Typed or printed name of person signing)          (Title of person signing)

SOSID: 0006712
Date Filed: 11/4/2008 3:16:00 PM
Elaine F. Marshall
North Carolina Secretary of State
C200830800489

# Delaware

PAGE 1

## The First State

I, HARRIET SMITH WINDSOR, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THE CERTIFICATE OF MERGER, WHICH MERGES:

"CITICAPITAL COMMERCIAL CORPORATION", A DELAWARE CORPORATION,

WITH AND INTO "CITICORP LEASING, INC." UNDER THE NAME OF "CITICORP LEASING, INC.", A CORPORATION ORGANIZED AND EXISTING UNDER THE LAWS OF THE STATE OF DELAWARE, WAS RECEIVED AND FILED IN THIS OFFICE THE FOURTH DAY OF AUGUST, A.D. 2008, AT 12:16 O'CLOCK P.M.

AND I DO HEREBY FURTHER CERTIFY THAT THE AFORESAID CORPORATION SHALL BE GOVERNED BY THE LAWS OF THE STATE OF DELAWARE.

0696607  8330

081050420

You may verify this certificate online
at corp.delaware.gov/authver.shtml

Harriet Smith Windsor, Secretary of State

AUTHENTICATION: 6920321

DATE: 10-20-08

# 2009 Profile for GE Capital Commercial Inc. (CS2437)

## Legal Information

### Entity Information  Last Updated: 08/19/2008

| | |
|---|---|
| Legal Entity Name: | GE Capital Commercial Inc. |
| Short Name: | N/A |
| Maintenance Owner: | Capital Finance - CLLAM-GE Cap Fin Inc (UTAH Bank) |
| GE/GECS/NBC: | GECS   Federal ID: 13-2640703 |

### Entity Types   Last Updated: Not Available

| | |
|---|---|
| Legal: | US Corporation |
| Local Tax: | US Corporation |

### Principal Address   Last Updated: 11/17/2008

6510 S. Millrock Drive
City: Hollady   State: UT   Postal Code: 84121   Country: United States

### Incorporation Jurisdiction   Last Updated: Not Available

State: Delaware   Country: United States

### Dates   Last Updated: 08/20/2008

Incorporated: 12/23/1968
Acquired: 07/31/2008

If acquisition or incorporation dates are incorrect please log a support central case by clicking here.

### Maintenance Owner Contact

Name: Michael Meehan   Phone: 1-801-733-3057   Dial Comm: 8* 609-3057
Email: 213011866@mail.ad.ge.com

### Legal Contacts

Name: Michael Meehan   Phone: 801-733-3057   Dial Comm: *609-3057

### Legal Entity Purpose   Last Updated: Not Available

Not Available

## Tax Information

### Codes   Last Updated: 08/19/2008

GEIS: N/A
NAICS: 525990 - Other Financial Vehicles (including closed-end investment funds)

### Reporting   Last Updated: 11/17/2008

| | |
|---|---|
| Tax Status: Active | Tax Consolidation Group: General Electric |
| Fiscal Year End (local): 12/31/2009 | Functional Currency: US Dollar |

### Return Preparation   Last Updated: Not Available

US Tax Returns Prepared By:   Corporate (DCS, FIR, PCS)
Local Tax Returns Prepared By:   Corporate (DCS, PCS, SWP)

### Tax Officer Resolution   Last Updated: 08/20/2008

Tax Officer Resolution: N/A

### Other Attributes

There are no other attributes.

### Footnotes

There are no footnotes at this time.

**MARS Registration**   [?]   Last Updated: Not Available
MARS/CDR ID: AUX
MARS Indicator: Yes

## US Tax Elections

**US Tax Classifications**
There are no US tax classifications.

**Elections**

**Section 338**
Election Type: Section 338
Effective Date: 07/31/2008
Timing: Upon Acquisition
Last Updated: Ramirez, Victor  08/20/2008

## Comments

Note to User: All comments are shown here and may not pertain to the year chosen.

**Comments**

**20 August 2008 08:37**
Author: Nobile, David
Type: General
Title: Acquisition Date
Text: Date changed to 07/31/2008 per SC Case 7573202

**19 August 2008 17:19**
Author: Ramirez, Victor
Type: General
Title: name change
Text: Citicorp Leasing, Inc. changed its name to GE Capital Commercial Inc. on August 4, 2008

## Ownership Information

Introducing LEVEL - the organizational charting tool linked to GOLDnet.
Give it a test drive today and make sure to let us know what you think.

| Unknown Stock Type And Class | Last Updated: 07/31/2008 | | | | | | Owned % | Eff. Own % | Notes | Action |
|---|---|---|---|---|---|---|---|---|---|---|
| GOLD ID | Owner Name | MARS/CDR | Shares Owned | Options Owned | Start Date | End Date | 100.000000 | 100.000000 | | None |
| 000478 | GE Capital Financial Inc | | 189 | | 07/31/2008 | | | | | |
| | | Totals: | | | | | 100.000000 | 100.000000 | | |